

# NUMBER 13-24-00551-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**THE CITY OF EDINBURG,**

**Appellant,**

**v.**

**NELDA ANN GUTIERREZ,**
**Appellee.**

## ON APPEAL FROM THE 93RD DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and Fonseca
### Memorandum Opinion by Justice Silva

This matter is before the Court on appellant's motion to dismiss appeal. The appellant requested that this appeal be dismissed.

The Court, having considered appellant's motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss appeal is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
12th day of May, 2025.